**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRASSROOTS PRODUCTIONS II, INC., <br><br> Plaintiff, <br><br> v. <br><br> YOUNG MONEY ENTERTAINMENT, LLC, et al., <br><br> Defendants. | Case No. CV 14-2807-GW(ASx) <br><br> **DISMISSAL OF ACTION AS AGAINST DEFENDANT CASH MONEY RECORDS, INC. ONLY** |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice as against Defendant Cash Money Records, Inc., only. Each party shall bear its own attorney's fees and costs except as otherwise agreed by the parties.

IT IS SO ORDERED.

Dated: June 30, 2015

BY THE COURT

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE